Vanessa Waldref
United States Attorney
Eastern District of Washington
Lisa C. Cartier Giroux
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY - 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-6-MKD |
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vios: 21 U.S.C. § 846, Conspiracy to Distribute 400 Grams or More of Fentanyl (Count 1) |
| JOHNNY KIEFFER, and RICARDO JIRON, | 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2 Distribution of Fentanyl (Count 2) |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), Possession with Intent to Distribute 40 Grams or More of Fentanyl (Counts 3 and 4) |
| | 18 U.S.C. § 924(c)(1)(A)(i), Possession of a Firearm in Furtherance of Drug Trafficking (Counts 5 and 6) |

SUPERSEDING INDICTMENT – 1

18 U.S.C. §§ 922(g)(1), 924(a)(8)
Felon in Possession of a Firearm and Ammunition (Count 7)

21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c),
Forfeiture Allegations

The Grand Jury Charges:

## COUNT 1

Beginning on a date unknown and continuing until August 31, 2023, in the Eastern District of Washington and elsewhere, the Defendants, JOHNNY KIEFFER and RICARDO JIRON, did knowingly and intentionally combine, conspire, confederate and agree together with each other and other persons, both known and unknown to the Grand Jury, to commit the following offenses: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi); all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about August 31, 2023, in the Eastern District of Washington, the Defendants, JOHNNY KIEFFER and RICARDO JIRON, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a

SUPERSEDING INDICTMENT – 2

Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

## COUNT 3

On or about August 31, 2023, in the Eastern District of Washington, the Defendant, JOHNNY KIEFFER, knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 4

On or about August 31, 2023, in the Eastern District of Washington, the Defendant, RICARDO JIRON, knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 5

On or about or about August 31, 2023, in the Eastern District of Washington, the Defendant, JOHNNY KIEFFER, knowingly possessed a firearm, that is a Colt revolver bearing serial number 24635, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to

SUPERSEDING INDICTMENT – 3

wit: Conspiracy to Distribute 400 Grams or More of Fentanyl as charged in Count 1 and Possession with Intent to Distribute 40 Grams or more of Fentanyl, as charged in Count 3, both in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 6

On or about or about August 31, 2023, in the Eastern District of Washington, the Defendant, RICARD JIRON, knowingly possessed a firearm, that is a Glock .40 caliber handgun bearing serial number AAMZ946, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Conspiracy to Distribute 400 Grams or More of Fentanyl as charged in Count 1 and Possession with Intent to Distribute 40 Grams or more of Fentanyl, as charged in Count 4, both in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 7

On or about August 31, 2023, in the Eastern District of Washington, the Defendant, RICARDO JIRON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Glock .40 caliber handgun bearing serial number AAMZ946; .40 caliber ammunition; .45 caliber ammunition; and shotgun shells, which firearm and ammunition had theretofore been transported in interstate and/or foreign

SUPERSEDING INDICTMENT – 4

commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 846 and/or 21 U.S.C. § , as set forth in this Superseding Indictment, the Defendants, JOHNNY KIEFFER and RICARDO JIRON, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.  The property to be forfeited includes, but is not limited to:

Defendant JOHNNY KIEFFER (Counts 1, 2, 3 and 5):

- a Colt revolver bearing serial number 24635 and loaded ammunition.

Defendant RICARDO JIRON (Counts 1, 2, 4 and 6):

- $11,000.00 U.S. currency;

- a Glock .40 caliber handgun bearing serial number AAMZ946 and loaded ammunition; and,

- Any and all seized ammunition.

If any forfeitable property described above as a result of any act or omission of the Defendants:

SUPERSEDING INDICTMENT – 5

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 924(g)(1), 924(a)(8), as set forth in Count 7 of this Superseding Indictment, the Defendant, RICARDO JIRON, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

//

//

//

//

//

SUPERSEDING INDICTMENT – 6

The property to be forfeited includes, but is not limited to:

- a Glock .40 caliber handgun bearing serial number AAMZ946 and loaded ammunition; and,

- Any and all seized ammunition.

DATED this __9__ day of May 2024.

_Vanessa Waldref_
Vanessa Waldref
United States Attorney

_Lisa C. Cartier Giroux_
Lisa C. Cartier Giroux
Assistant United States Attorney

SUPERSEDING INDICTMENT – 7